**Dismiss and Opinion Filed October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01447-CR
No. 05-13-01449-CR
No. 05-13-01450-CR

**GARRICK DESHUN WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-80437-2013, 296-80438-2013, 296-81890-2013**

## MEMORANDUM OPINION
Before Justices FitzGerald, Francis, and Myers
Opinion by Justice FitzGerald

In cause no. 05-13-01447-CR, a jury found Garrick Deshun White guilty of aggravated sexual assault of a child and indecency with a child, as alleged in one indictment. Thereafter, appellant and the State entered into an agreement that punishment would be assessed at five years' imprisonment on the aggravated sexual assault conviction and two years' imprisonment on the indecency with a child conviction. In cause nos. 05-13-01449-CR and 05-13-01450-CR, appellant pleaded guilty to two offenses of unlawful restraint of an individual younger than seventeen years of age. Pursuant to plea agreements in each case, the trial sentenced appellant to two years' imprisonment in a state jail facility. Appellant waived his right to appeal in connection with the punishment agreement and the plea agreements. *See Blanco v. State*, 18

S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant waived his right to appeal in these cases. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

We dismiss the appeals for want of jurisdiction.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131447F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GARRICK DESHUN WHITE, Appellant

No. 05-13-01447-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-80437-2013.
Opinion delivered by Justice FitzGerald,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered October 28, 2013

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE

–3–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GARRICK DESHUN WHITE, Appellant

No. 05-13-01449-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-80438-2013.
Opinion delivered by Justice FitzGerald,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered October 28, 2013

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GARRICK DESHUN WHITE, Appellant

No. 05-13-01450-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-81890-2013.
Opinion delivered by Justice FitzGerald, Justices Francis and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered October 28, 2013

/Kerry P. FitzGerald/

KERRY P. FITZGERALD
JUSTICE